USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PATRICIA LIZARRAGA,    :    08 CV 1732 (RMB)
                      :
            Plaintiff, :    **STIPULATION AND ORDER**
                      :
    -against-         :
                      :
CALYON SECURITIES (USA) INC.,  :
                      :
            Defendant. :
------------------------------------------------------------x

**IT IS HEREBY AGREED** by and between the undersigned counsel that the time for defendant to move or answer with respect to the Complaint is extended from March 18, 2008 to March 28, 2008. There has been no prior extension of time or request therefor.

Dated: New York, New York
       March 11, 2008

LIDDLE & ROBINSON L.L.P.                    HOGAN & HARTSON L.L.P.

By: _____               By: _____
    David I. Greenberger, Esq.                  Barbara M. Roth, Esq.
    Attorneys for Plaintiff                     Attorneys for Defendant
    800 Third Avenue                            875 Third Avenue
    New York, New York 10022                    New York, New York 10022
    (212) 687-8500                              (212) 918-3000


SO ORDERED:

_RMB_____
U.S.D.J.  3/13/08

_Richard M. Berman_